UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 12-Cr-189 (RTR)

WILLIAM BANKSTON,

    Defendant.

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES:**

Beginning sometime in 2010, and continuing until August 31, 2012, in the State and Eastern District of Wisconsin and elsewhere,

**WILLIAM BANKSTON**

knowingly and intentionally conspired with persons known and unknown to distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 841(b)(1)(C) and 846 and Title 18, United States Code, Section 2.

Nov 6, 2013
Date

JAMES L. SANTELLE
United States Attorney