# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **Rudolph T. Randa**, presiding. | Deputy Clerk: **Linda M. Zik** |
| DATE: **November 14, 2013  11:00 a.m.** | Court Reporter: **Heidi Trapp** |
| CASE NO.  **12-Cr-189** | Time Called: **11:05 am.** |
| UNITED STATES v. **William Bankston** | Time Concluded: **11:17 am.** |

PROCEEDING:       **CHANGE OF PLEA**

UNITED STATES by:       **Margaret B. Honrath**

PROBATION OFFICER:    **Michael A. Karolewicz**

DEFENDANT: **William Bankston,** in person, and by

ATTORNEY:   **William R. Jones**

___

\___  Information filed today            **X**  Waiver of Indictment signed and filed today
\___  Plea Agreement filed today

Plea:  **Guilty**  to Count  **1**  of the Information (Indictment to be dismissed at sentencing)

**X**  Adjudged Guilty            **X**  Presentence Report ordered

Sentencing date:  **February 21, 2014 at 11:00 a.m.**

Written objections to PSR due: _____
Versions of the offense due:    _____

*Sentencing Memorandums and motions must be filed at least one-week prior to the sentencing date.*

\___  Defendant remanded to custody of U.S. Marshal
 **X**   Bond continued as previously set

Defendant sworn.  Defendant waives the reading of the Information.  Court questions defendant. Government's offer of proof is in the Plea Agreement.  See Attachment A.  Correction to Plea Agreement at page 2, paragraph 5.  Offense is 21 U.S.C. § 841(b)(1)(C), not (b)(1)(B).  Rule 32 waived in the Plea Agreement.

Penalties:
Imprisonment: 20 years max;  Fine: $1,000,000.00 max.; Special Assessment: $100.00; Supervised Release: 3 years to Life; Restitution; Forfeiture