AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 12-Cr-189 |
| William Bankston | ) | |
| | ) | |
| *Defendant* | ) | |



U.S. DIST. COURT EAST DIST. WISC
FILED
NOV 1 4 2013
AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/14/13

*William Bankston*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

William R. Jones
*Printed name of defendant's attorney*

*[signature]*
*Judge's signature*

Rudolph T. Randa, U.S. District Judge
*Judge's printed name and title*